FOURTH DEPARTMENT, FEBRUARY, 2008

(February 1, 2008)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRYAN E. BOSS, Appellant. [849 NYS2d 834]—Appeal from a judgment of the Wyoming County Court (Mark H. Dadd, J.), rendered May 25, 2006. The judgment convicted defendant, upon his plea of guilty, of attempted rape in the second degree and attempted sexual abuse in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Scudder, P.J., Centra, Fahey, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LORAL T.D., JR., Appellant. [849 NYS2d 869]—Appeal from an adjudication of the Supreme Court, Monroe County (Francis A. Affronti, J.), rendered January 6, 2005. Defendant was adjudicated a youthful offender upon a jury verdict finding him guilty of criminal possession of a weapon in the third degree.

It is hereby ordered that the adjudication so appealed from is unanimously affirmed. Present—Scudder, P.J., Centra, Fahey, Green and Pine, JJ.